DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA A. BERS, State Bar # 287111
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4224
Facsimile:     (415) 554-3837
E-Mail:        rebecca.bers@sfcityatty.org

Attorneys for Defendants
KIERSTIE BARR, HAVA McCARTER-RIBAKO,
SAMSON HUNG, PHILLIP LEUNG, MARINA CHACON,
FLINT PAUL and CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN JOHNSON, for herself, and as guardian ad litem for her five minor children, F.M., M.D.M., M.P.M., V.M., and T.M., and SAM MARTISIUS,<br><br>Plaintiffs,<br><br>vs.<br><br>San Francisco Police Officers KIERSTIE BARR (#129), HAVA McCARTER-RIBAKO (#4187), SAMSON HUNG (#359), PHILLIP LEUNG (#328), Lieutenant MARINA CHACON (#638), and Sergeant FLINT PAUL (#648), in their personal individual capacities; the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 15,<br><br>Defendants. | Case No. 20-cv-01569-SK<br><br>**DEFENDANTS' CERTIFICATE OF COMPLIANCE**<br><br>State Court Action Filed: October 25, 2019<br>Removal Filed: March 3, 2020<br>Trial Date: October 12, 2021 |

Pursuant to Judge Sallie Kim's Order [ECF 46] dated January 14, 2021 the undersigned certifies that she has read the Guidelines for Professional Conduct.

Dated:  January 29, 2021

                                      DENNIS J. HERRERA
                                      City Attorney
                                      MEREDITH B. OSBORN
                                      Chief Trial Deputy
                                      REBECCA A. BERS
                                      Deputy City Attorney

                          By:  */s/  Rebecca A. Bers*
                               REBECCA A. BERS

                               Attorneys for Defendants
                               KIERSTIE BARR, HAVA MCCARTER-RIBAKO, SAMSON HUNG, PHILLIP LEUNG, MARINA CHACON, FLINT PAUL, AND CITY AND COUNTY OF SAN FRANCISCO