1   BEN ROSENFELD (Cal. SBN 203845)
    ATTORNEY AT LAW
2   115 ½ Bartlett Street
3   San Francisco, CA 94110
    Tel:    (415) 285-8091
4   Fax:    (415) 285-8092
    ben.rosenfeld@comcast.net
5
6   GERALD SINGLETON (Cal. SBN 208783)
    SINGLETON LAW FIRM
7   450 A St 5th Floor
    San Diego, CA 92101
8   Tel:    (619) 771-3473
    Fax:    (619) 255-1515
9   gerald@SLFfirm.com
10
    Attorneys for Plaintiffs
11  KIRSTIN JOHNSON, et al.

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14  KIRSTIN JOHNSON, et al.,              Case No. 3:20-cv-01569-SK

15          Plaintiffs,                   PLAINTIFFS' CERTIFICATE OF
                                          COMPLIANCE WITH COURT'S
16          vs.                           JANUARY 14, 2021 ORDER

17  KIERSTIE BARR, et al.,

18          Defendants.

19

20          Pursuant to Magistrate Judge Sallie Kim's January 14, 2021 Order (Dkt. #46), plaintiffs'

21  undersigned certifies that he has read the Court's Guidelines for Professional Conduct, and that

22  has shared the same with co-counsel Gerald Singleton.

23                                        Respectfully Submitted,

24      January 29, 2021         By:      /s/ Ben Rosenfeld
25      (as e-filed on 2/1/21)            Ben Rosenfeld
                                          Attorney for Plaintiffs
26

27

28

LAW OFFICE OF BEN ROSENFELD
San Francisco, Ca

                                            1