UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KIERSTIE BARR, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01569-SK<br><br>**ORDER REGARDING CERTIFICATIONS**<br><br>Regarding Docket No. 46 |

On January 20, the Court Ordered all attorneys of record in this case to read the Guidelines for Professional Conduct ("Guidelines") at https://www.cand.uscourts.gov/forms/guidelines-for-professional-conduct/ and to provide a certification to the Court by January 29, 2021 that they have read the Guidelines. Plaintiffs have two attorneys of record in this case. One attorney filed the certification late, on February 1, 2021, but the other did not file one. The Court ORDERS Gerald Blaine Singleton to read the Guidelines and provide a certification that he has done so by no later than February 8, 2021.

**IT IS SO ORDERED**.

Dated: February 2, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge