DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA A. BERS, State Bar # 287111
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5342
Telephone:    (415) 554-4224
Facsimile:    (415) 554-3837
E-Mail:       rebecca.bers@sfcityatty.org

Attorneys for Defendants
KIERSTIE BARR, SAMSON HUNG, MARINA CHACON,
FLINT PAUL and CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KIERSTIE BARR, et al., <br><br> Defendants. | Case No. 3:20-cv-01569-SK (KAW) <br><br> **STIPULATED [PROPOSED] ORDER TO CONTINUE CERTAIN EXPERT DISCOVERY DEADLINES** <br><br> State Court Action Filed:  October 25, 2019 <br> Removal Filed:               March 3, 2020 <br> Trial Date:                     October 12, 2021 |

Stipulated [Proposed] Order to Cont. Certain Expert Discovery Deadlines
Case No. 3:20-cv-01569-SK (KAW)

n:\lit\li2021\200726\01518914.docx

The parties to the above-entitled action, hereby stipulate as follows:

WHEREAS, Defendants requested that Plaintiffs stipulate to a one-week extension of time on expert disclosures to accommodate the medical needs of one of their experts;

WHEREAS, the Parties have agreed that, even if this Court does not extend its jurisdiction over expert discovery by the requested amount of time, the Parties will continue initial and rebuttal expert disclosure deadlines by one week;

WHEREAS the current schedule for expert discovery is as follows:

| Event | Deadline |
| --- | --- |
| Initial Expert Disclosures | March 12, 2021 |
| Rebuttal Expert Disclosures | March 26, 2021 |
| Close of Expert Discovery | April 9, 2021 |

WHEREAS, the continuation of expert discovery will not conflict with the dispositive motion schedule, the last day for hearing dispositive motions being June 28, 2021;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their attorneys of record, that:

The Court modify just the following deadlines as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Initial Expert Disclosures | ~~March 12, 2021~~ | March 19, 2021 |
| Rebuttal Expert Disclosures | ~~March 26, 2021~~ | April 9, 2021 |
| Close of Expert Discovery | ~~April 9, 2021~~ | April 30, 2021 |

///

///

///

///

///

///

1

Stipulated [Proposed] Order to Cont. Certain Expert Discovery Deadlines   n:\lit\li2021\200726\01518914.docx
Case No. 3:20-cv-01569-SK (KAW)

1  All other deadlines, including the dispositive motion deadline, trial and pretrial hearing dates, are unaffected by this stipulation.

Dated: March 10, 2021

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
REBECCA A. BERS
Deputy City Attorney

By: /s/ Rebecca A. Bers
REBECCA A. BERS

Attorneys for Defendants
KIERSTIE BARR, SAMSON HUNG, MARINA CHACON, FLINT PAUL, AND CITY AND COUNTY OF SAN FRANCISCO

Dated: March 10, 2021

BEN ROSENFELD
SINGLETON LAW FIRM

By: /s/ Ben Rosenfeld
BEN ROSENFELD

Attorneys for Plaintiffs
KIRSTIN JOHNSON (on her own behalf and as GAL for her minor children)
*Pursuant to L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
SALLIE KIM
United States Magistrate Judge