DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA A. BERS, State Bar # 287111
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5342
Telephone:     (415) 554-4224
Facsimile:      (415) 554-3837
E-Mail:          rebecca.bers@sfcityatty.org

Attorneys for Defendants
KIERSTIE BARR, SAMSON HUNG, MARINA CHACON,
FLINT PAUL and CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KIERSTIE BARR, et al.,<br><br>    Defendants. | Case No. 3:20-cv-01569-SK (KAW)<br><br>**STIPULATED ORDER TO CONTINUE THE CLOSE OF EXPERT DISCOVERY TO PERMIT TWO DEPOSITIONS**<br><br>State Court Action Filed:   October 25, 2019<br>Removal Filed:                   March 3, 2020<br>Trial Date:                          October 12, 2021 |

Stipulated Order to Cont. Expert Discovery
Case No. 3:20-cv-01569-SK (KAW)

\\candsf.cand.circ9.dcn\data\users\skall
\_cv\2020\2020_01569_johnson_v_barr\20-cv-01569-sk-stip_&_order_re_depositions.docx

The parties to the above-entitled action, hereby stipulate as follows:

WHEREAS, although the parties have diligently attempted to schedule expert depositions, they have been unable to do so for two expert witnesses within the time currently permitted for expert discovery;

WHEREAS, the inability to schedule these two expert witnesses is the result of conflicts between and among the expert witnesses' busy schedules and counsel's busy schedules;

WHEREAS, the Parties have agreed to take two depositions, namely the two parties' respective police practices experts, by or before April 30, 2021;

WHEREAS, this revised deadline will not interfere with the briefing schedule on dispositive motions, the last day for hearing dispositive motions being June 28, 2021, and Plaintiffs not intending to file a cross-motion;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their attorneys of record, that:

The Court modify the close of expert discovery from April 16, 2021 to April 30, 2021 solely to permit the depositions of the parties' respective police practices experts.  All other deadlines,

///
///
////
///
///
///
///
///
///
///
///

Stipulated Order to Cont. Expert Discovery
Case No. 3:20-cv-01569-SK (KAW)

\\candsf.cand.circ9.dcn\data\users\skall\_cv\2020\2020_01569_johnson_v_barr\20-cv-01569-sk-stip_&_order_re_depositions.docx

///

including the expert disclosure deadlines, dispositive motion deadline, trial and pretrial hearing dates, are unaffected by this stipulation.

Dated:  April 8, 2021

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        REBECCA A. BERS
        Deputy City Attorney

By:  */s/ Rebecca A. Bers*
     REBECCA A. BERS

Attorneys for Defendants
KIERSTIE BARR, SAMSON HUNG, MARINA CHACON, FLINT PAUL, AND CITY AND COUNTY OF SAN FRANCISCO

Dated:  April 8, 2021

        BEN ROSENFELD
        SINGLETON LAW FIRM

By:  */s/ Ben Rosenfeld*
     BEN ROSENFELD

Attorneys for Plaintiffs
KIRSTIN JOHNSON (on her own behalf and as GAL for her minor children)
*Pursuant to L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 9, 2021

        _____
        SALLIE KIM
        United States Magistrate Judge

2

Stipulated Order to Cont. Expert Discovery
Case No. 3:20-cv-01569-SK (KAW)

\\candsf.cand.circ9.dcn\data\users\skall\_cv\2020\2020_01569_johnson_v_barr\20-cv-01569-sk-stip_&_order_re_depositions.docx