UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIRSTIN JOHNSON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>KIERSTIE BARR; et al.,<br><br>        Defendants - Appellees. | No. 21-16547<br><br>D.C. No. 3:20-cv-01569-SK<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered July 06, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT