1  DAVID CHIU, State Bar #189542
   City Attorney
2  JAMES F. HANNAWALT, State Bar #139657
   Acting Chief Trial Deputy
3  S. PATRICK KELLY, State Bar #275031
   MARGARET S. SCHROEDER, State Bar #178586
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3856 [Kelly]
   Telephone:    (415) 554-3849 [Schroeder]
7  Facsimile:    (415) 554-3837
   E-Mail:       patrick.kelly@sfcityatty.org
8                deedee.schroeder@sfcityatty.org

9

10 Attorneys for Defendants
   KIERSTIE BARR, SAMSON HUNG, MARINA CHACON,
   FLINT PAUL and CITY AND COUNTY OF SAN FRANCISCO

11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  KIRSTIN JOHNSON, for herself, and as guardian ad litem for her five minor children, F.M., M.D.M., M.P.M., V.M., and T.M., and SAM MARTISIUS, | Case No. 20-cv-01569-SK |
| | **DEFENDANTS' NOTICE OF REASSIGNMENT OF COUNSEL** |
| Plaintiffs, | |
| vs. | State Court Action Filed:  October 25, 2019 |
| | Removal Filed:             March 3, 2020 |
| | Trial Date:                Not Set |
| San Francisco Police Officers KIERSTIE BARR (#129), HAVA McCARTER-RIBAKO (#4187), SAMSON HUNG (#359), PHILLIP LEUNG (#328), Lieutenant MARINA CHACON (#638), and Sergeant FLINT PAUL (#648), in their personal individual capacities; the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 15, | |
| Defendants. | |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Deputy City Attorneys S. Patrick Kelly and Margaret S. Schroeder have been assigned as the deputies primarily responsible for representing defendants Kierstie Barr, Samson Hung, Marina Chacon, Flint Paul, and City and County of San Francisco in the above-referenced action, replacing Deputy City Attorney Renee Rosenblit.

All pleadings and communications should hereafter be made to:

**S. PATRICK KELLY, State Bar #275031**
**MARGARET S. SCHROEDER, State Bar #178586**
**Deputy City Attorney**
**1390 Market Street, Sixth Floor**
**San Francisco, CA 94102**
**Telephone:  (415) 554-4217 [Kelly]**
**415) 554-3843 [Schroeder]**
**Facsimile:  (415) 554-3837**
**Email:  patrick.kelly@sfcityatty.org**
**deedee.schroeder@sfcityatty.org**

Dated:  August 28, 2023

                    DAVID CHIU
                    City Attorney
                    JAMES F. HANNAWALT
                    Acting Chief Trial Deputy
                    S. PATRICK KELLY
                    MARGARET S. SCHROEDER
                    Deputy City Attorneys


By:  */s/ S. Patrick Kelly*
       S. PATRICK KELLY
       MARGARET S. SCHROEDER

       Attorneys for Defendants
       KIERSTIE BARR, SAMSON HUNG, MARINA CHACON, FLINT PAUL and CITY AND COUNTY OF SAN FRANCISCO