# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| **Date:** December 8, 2023 | **Time:** 10:25 a.m.- 5:35 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:20-cv-01569-SK | **Case Name:** Johnson v. Barr | |

**Attorney for Plaintiff:** Ben Rosenfeld, Law Office of Ben Rosenfeld, counsel for plaintiff. Kirstin Johnson, plaintiff

**Attorney for Defendant:** Steven Kelly and Margaret Schroeder, San Francisco City Attorney's Office, counsels for defendant; Lt. Bill Toomey- defendant; Lt. Chris Beauchamp, defendant.

**Deputy Clerk:** Brittany Sims     **Reported by:** Not Reported

## PROCEEDINGS

Settlement Conference held. The case did not settle, but Plaintiffs presented an additional counterdemand for Defendants' consideration.